UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NATIONAL GENERAL INSURANCE COMPANY, etc., | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-2059-JCM-RJJ |
| vs. | ) ) | |
| JERMAINE PIERCE, *et al.*, | ) ) | **ORDER** |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 11, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  29th  day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge